# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHERRY M. JONES** and **MALLORY E. JONES,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA7,**
Appellee.

No. 4D22-1792

[July 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Pole, Judge; L.T. Case No. CACE19-002332.

Michal Slavik of The Tiktin Law Group, Deerfield Beach, for appellants.

Jacqueline C. Guberman and Jason D. Silver of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***